# United States District Court
## Southern District of Georgia

Gladys Danford
_____
Plaintiff

v.

Merck & Co., Inc.
_____
Defendant

Case No. **CV205-107**

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of June, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN -1 A 10: 26
CLERK
SO. DIST. OF GA.

**NAME OF PETITIONER:** Stephanie J. Hartley

**Business Address:** Spohrer, Wilner, Maxwell & Matthews, P.A.
Firm/Business Name

701 West Adams Street
Street Address

Suite 2     Jacksonville     FL     32204
Street Address (con't)     City     State     Zip

Mailing Address (if other than street address)

Address Line 2     City, State, Zip
(904) 354-8310
Telephone Number (w/ area code)     Georgia Bar Number