IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -3 P 3 33

CLERK
SO. DIST. OF GA.

GLADYS DANFORD,:

    Plaintiff,

vs.                                      CIVIL ACTION NO.: CV205-107

MERCK & CO., INC.,

    Defendant.

## ORDER

The captioned action was filed in the Brunswick Division of this Court. Upon review, it appears that venue is proper within the Waycross Division of this Court. Accordingly, pursuant to Local Rule 2.1(b), this action is hereby transferred to the Waycross Division of this Court.

**SO ORDERED**, this ___3rd___ day of ___June___, 2005.

                    JUDGE, UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)