**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -3 P 3 33

CLERK _____
S. DIST. OF GA.

GLADYS DANFORD,:

     Plaintiff,

  vs.

MERCK & CO., INC.,

     Defendant.

CIVIL ACTION NO.: CV205-107

## O R D E R

The captioned action was filed in the Brunswick Division of this Court. Upon review, it appears that venue is proper within the Waycross Division of this Court. Accordingly, pursuant to Local Rule 2.1(b), this action is hereby transferred to the Waycross Division of this Court.

**SO ORDERED**, this _____3rd_____ day of ____June____, 2005.


_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)